THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Willie James Adams, Jr., Appellant.
 
 
 

Appeal From Fairfield County
Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2012-UP-006
Submitted December 1, 2011  Filed January
 4, 2012 

AFFIRMED

 
 
 
Appellate Defender Kathrine Hudgins, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and Assistant
 Attorney General Brendan J. McDonald, all of Columbia; and Solicitor Douglas A.
 Barfield, Jr., of Lancaster, for Respondent.
 
 
 

PER CURIAM:  Willie
 James Adams, Jr. appeals his conviction for murder, arguing the trial court
 erred in admitting testimony regarding quantities of cocaine and cocaine base
 found at the murder scene.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) (stating for an issue
 to be properly preserved for appellate review, the issue must have been raised
 to and ruled upon by the trial court); State v. Simpson, 325 S.C. 37,
 42, 479 S.E.2d 57, 60 (1996) ("Unless an objection is made at the time the
 evidence is offered and a final ruling made, the issue is not preserved for
 review."); State v. Moultrie, 316 S.C. 547, 555-56, 451 S.E.2d 34,
 39 (Ct. App. 1994) ("[A] 'failure to contemporaneously object' to the
 introduction of evidence claimed to be prejudicial 'cannot be later
 bootstrapped by a motion for a mistrial.'" (quoting State v. Lynn,
 277 S.C. 222, 226, 284 S.E.2d 786, 789 (1981))). 
AFFIRMED. 
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.